JACOB SCHWARTZ, Appellant, v. ESTHER FISHMAN, Respondent. ESTHER FISHMAN, Respondent, v. JACOB SCHWARTZ and Others, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

CHAUNCEY M. SINCERBEAUX, Respondent, v. THE QUEENSBORO CORPORATION and 96 — 28TH STREET, JACKSON HEIGHTS, INC., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

SAMUEL J. TANKOOS and H. CLAYTON SMITH, Copartners, etc., Respondents, v. SAMUEL ZISES, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

MARCUS TENENHAUS, Respondent, v. KATE GLAZER and " JOHN " GLAZER, etc.; Appellants.— Motion granted to the extent of extending defendants' time to answer until five days after the determination of the appeal. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

ESTATE OF S. WEINSTEIN, Respondent, v. M. S. CONSTRUCTION CORPORATION and Others, Defendants. SHIMEL HOLDING CORPORATION, Appellant.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

THE BANK OF AMERICA, as Trustee, Respondent, v. P. J. TIERNEY SONS., INC., Appellant, and Others, Defendants.— Order granting plaintiff's motion to strike out certain defenses contained in appellant's answer affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Lazansky, Hagarty and Carswell, JJ., concur.

MICHAEL BERGER, Respondent, v. CHARLES FIGGE, Appellant. (Appeal No. 1.) — Order denying defendant's motion to dismiss complaint for insufficiency affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

FRANK CHARITIS, Respondent, v. MOLLY SAVRANSKY, Appellant.— Order granting summary judgment, and judgment entered thereon, reversed upon the law and the facts, with costs, and motion for summary judgment denied, with ten dollars costs. Upon the facts presented by affidavit, plaintiff was not entitled to summary judgment upon the cause of action set forth in the complaint. The complaint alleges the unmarketability of defendant's title, of which no proof was submitted. The complaint does not allege that the title was not such as the Title Guarantee and Trust Company would approve and insure. It was error to have granted the motion for summary judgment on that basis. The reversal of this order requires the dismissal of the appeal from the order denying motion for reargument, but without costs. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.